**Order entered December 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01535-CV

### SUSAN STEVENSON, INDIVIDUALLY, AND AS PARENT OF THE MINOR CHILD, ABYGAIL ALANA JANE HARRIS, DECEASED, Appellant

### V.

### FORD MOTOR COMPANY, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03439-2017**

## ORDER

We **REINSTATE** this appeal.

Before the Court is the parties' December 13, 2019 agreed joint motion for extension of time to comply with the Court's November 19, 2019 order. The parties request that the appeal be abated until January 21, 2020, to allow appellant the time needed to comply with the Court's November 19, 2019 order.

The Court **GRANTS** the parties' December 13, 2019 agreed joint motion for extension of time to comply with this Court's November 19, 2019 order.

The Court **ORDERS** the trial court, by January 21, 2020, to either: (1) sign a final judgment as contemplated by the severance order; or (2) otherwise clarify the status of the severed proceedings.

The Court **GRANTS** appellant leave to file an amended notice of appeal referencing the trial court's new cause number in the event that one is assigned.

The Court also **ORDERS** appellant to cause the signed final judgment to be included in a supplemental clerk's record by January 21, 2020.  Failure to comply with this order will result in dismissal of this appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

The appeal is **ABATED** to allow the trial court to comply with the above order.

The appeal shall be automatically reinstated on January 21, 2020.

/s/     LESLIE OSBORNE
        PRESIDING JUSTICE